UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>Petitioner,<br><br>vs.<br><br>WINDFALL, INC., et al.,<br><br>Respondents. | Case No. CV-15-146-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner and against Respondents in accordance with the Order issued on today's date.

      Dated this 23rd day of May, 2016.

                            TYLER P. GILMAN, CLERK

                            By: /s/ A.S. Goodwin
                            A.S. Goodwin, Deputy Clerk